IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| FRANK GILLIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 5:22-CV-00177-TES-CHW |
| | : | |
| v. | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| LT. SALDANA, *et al.*, | : | Before the U. S. Magistrate Judge |
| | : | |
| Defendants. | : | |

## ORDER

Pending before the Court are several discovery motions. Plaintiff has filed a motion to compel (Doc. 18) and motion requesting additional discovery and time to complete depositions. (Doc. 20). Defendants have filed a motion requesting an extension of the discovery period and dispositive motion deadline, in which they acknowledge Plaintiff's supplemental discovery requests. (Doc. 19). Having considered the motions, the motions to extend discovery (Docs. 19, 20) are **GRANTED**. The discovery period is extended through and including February 10, 2023. Dispositive motions are due on or before March 13, 2023.

Defendants have responded to Plaintiff's motion to compel and request that it be denied on several grounds. (Doc. 21). Because Defendants acknowledge that supplemental responses to Plaintiff's requests are forthcoming and the discovery period has been extended, Plaintiff's motion to compel (Doc. 18) appears premature and is **DISMISSED**. However, Plaintiff is not precluded from filing a second motion to compel if the issues are

1

not resolved during the extended discovery period.

      **SO ORDERED**, this 12th day of December, 2022.

                                                s/ Charles H. Weigle
                                                Charles H. Weigle
                                                United States Magistrate Judge