IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FRANK GILLIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CV-177 (CAR) |
| | ) |
| **LT. SALDANA and LT WHITEHEAD,** | ) |
| | ) |
| Defendants. | ) |

## ORDER TO PRODUCE STATE PRISONER
## FOR FEDERAL HEARING

TO:   RELEASES AND AGREEMENTS
   ATTENTION: CHRISTINA LUNEBACH
   GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **FRANK GILLIS, GDC1001414314,** presently incarcerated at the Valdosta State Prison in Valdosta, Georgia, for in the above-styled proceeding beginning at **10:00 a.m.** on the **1st day of July, 2024,** before the undersigned in Courtroom D on the third floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 31st day of May, 2024.

s/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT